```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 04215
   PAUL C TACK
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

      Debtor
   SSN XXX-XX-7807
```

---
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/09/07 .

   2.  The case was converted to Chapter 7 without confirmation, 06/29/2007.

   3.  The Debtor paid a total of $   3276.00 .

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HARRIS BANK CONSUMER LOA | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME EQUITY | SECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| NOONAN & LEIBERMAN | UNSECURED | NOT FILED | .00 | .00 |
| DAVID AXELROD | UNSECURED | NOT FILED | .00 | .00 |
| DEHHAN & BACH | UNSECURED | NOT FILED | .00 | .00 |
| GURNEE RADIOLOGY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| PHILLIPS & COHEN ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| HINSHAW & CULBERTSON | UNSECURED | NOT FILED | .00 | .00 |
| HINSHAW & CULBERTSON | UNSECURED | NOT FILED | .00 | .00 |
| GERALD SLUTSKY | UNSECURED | NOT FILED | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| RICHARD KREMEN | UNSECURED | NOT FILED | .00 | .00 |
| PLATINUM CAPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED PEDIATRICS | UNSECURED | NOT FILED | .00 | .00 |
| TELLER LEVIT & SILVERTRU | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE VOICE STREAM | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

      Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, COHEN & KROL                    , was allowed $      .00

and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $   3276.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/26/07                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE